UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS SEAMAN,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security

                Defendant.

Case No. C09-5353KLS

ORDER TO SHOW CAUSE

This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g). To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because he allegedly is unable to afford the costs necessary to proceed with his cause of action. In his application, plaintiff indicates his last employment was sometime in 1997, when he made a little more than $2,000.00. (Dkt. #1). Yet he also states therein that he currently has more than $1,700.00 in a checking account. Because it is unclear the source or sources of the money in that account, the Court requires further clarification of this issue before it can determine plaintiff's eligibility for *in forma pauperis* status.

In addition, Local Rule CR 3(b) provides in relevant part:

ORDER - 1

At the time application is made under 28 U.S.C. § 1915 or other applicable acts of Congress, for leave to commence any civil action or to file any petition or motion without being required to prepay fees and costs or give security for them, each petitioner, movant or plaintiff shall:

    (1) Complete the in forma pauperis affidavit approved for use in this district; and

    (2) File a written consent that the recovery, if any, in the action, to such amount as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees and costs taxed against the plaintiff, and to his attorney the amount which the court allows or approves as compensation for the attorney's services.

Plaintiff, however, has not submitted the written consent required by Local Rule CR 3(b)(2).

Accordingly, the Court hereby finds and ORDERS as follows:

(1) Plaintiff shall seek to cure these deficiencies by filing no later than **July 17, 2009**, (a) a written explanation as to the source or sources for the money currently in his checking account, including whether he expects to continue receiving additional funds from such or other source(s) in the future, and (b) the written consent required by Local Rule CR 3(b)(2).

**Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to counsel for plaintiff.

DATED this 17th day of June, 2009.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 2