UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS SEAMAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | Case No. C09-5353 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

    This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 20. The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation;

(2) The ALJ erred in her decision as described in the Report and Recommendation; and

(3) The matter is therefore **REVERSED AND REMANDED** to the Commissioner for further administrative proceedings.

    DATED this 17th day of May, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER