# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS SEAMAN

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

CASE NUMBER: C09-5353BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The ALJ erred in her decision as described in the Report and Recommendation; and

The matter is therefore **REVERSED AND REMANDED** to the Commissioner for further administrative proceedings.

   May 18, 2010                                                                     BRUCE RIFKIN
Date                                                                                                          Clerk

                                                                                     *s/CM Gonzalez*
                                                                                    Deputy Clerk